## NO APPEAL FROM MOTION TO SET ASIDE FINAL ORDER.

Circuit Court of Cuyahoga County.

.THE SOUTH CLEVELAND BANKING COMPANY v.
H. L. NACHTRIEB ET AL.

Decided, March 27, 1905.

*Appeals—No Appeal from Motion to Set Aside Final Order.*

Appeals may only be taken from final orders or decrees, and a motion
to set aside such an order or decree is not appealable.

MARVIN, J.; WINCH, J., and HENRY, J., concur.

This case is heard on a motion to dismiss the appeal which
was taken by one Crowell, who was not a party to the proceeding
but was interested in the result. Crowell was appointed by the
common pleas court in this action as receiver of the property
of H. N. Nachtrieb. When his report was filed as such, the
court of common pleas found a certain amount of money to be in
his hands as such receiver, and ordered that the entire amount
be distributed to the creditors, and that the receiver should have
no compensation for his services. This order was made on the
26th day of October, 1904.

On the 15th day of December, 1904, Crowell made a motion
in the same court to have the order and judgment set aside. This
motion was overruled, and it is from this order of the court over-
ruling said motion that Crowell gave notice and bond, and filed
transcript for appeal to this court. The motion now disposed of
is made by the South Cleveland Banking Co., on the ground that
the order is not appealable. The final order in the case was that
of October 27, 1904, and without consideration of the question
whether Crowell might or might not appeal the case, it is per-
fectly clear that what he seeks to appeal is not the final order
of the court of common pleas.

The statutes provide within what time thereafter proceedings
may be taken. Crowell allowed the case to rest from that day
until the 15th day of December and then filed a motion to set

aside that final order of October.   The court refused to set it aside.   If an appeal can be taken from such an order, all one has to do who desires to appeal his case is to leave the final order, pay no attention to it until a convenient season, and then file a motion to have it set aside.   There is nothing here for anybody to appeal from.   The motion to dismiss the appeal is sustained.